**Raymond SMITH, Petitioner,**

v.

**STATE of Florida, Respondent.**

**CASE NO. 1D16–3652**

District Court of Appeal of Florida, First District.

Opinion filed December 16, 2016

Raymond Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order denying motion for postconviction relief rendered on April 26, 2016, in Leon County Circuit Court case numbers 2012–CF–546A, 2014–CF–1862B, 2014–CF–1880B, and 2014–CF–1909A, is granted. Upon issuance of mandate, a copy of

this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

ROBERTS, C.J., MAKAR and M.K. THOMAS, JJ., CONCUR.